IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | NO. 1:09-CR-00423 AWI |
| ) | |
| Plaintiff,    ) | ORDER REQUIRING ATTORNEY |
| ) | ARTHUR R. COLLINS TO SHOW |
| v.        ) | CAUSE WHY SANCTIONS SHOULD |
| ) | NOT BE IMPOSED |
| JESUS GUTIERREZ VIRELAS,       ) | |
| ) | |
| Defendant.    ) | |
| _____ ) | |

     A Status Conference in this action was set for July 19, 2010, at 9:00 a.m. Defendant's attorney, Arthur R. Collins ("Attorney Collins"), was not present when the case was called, nor did he appear at any time on July 19, 2010. In addition, Attorney Collins did not appear for a previous Status Conference on June 7, 2010, wherein Attorney Dale Blickenstaff specially appeared on his behalf. Attorney Collins did not contact the Court on either date to indicate he would not be able to attend, nor did he arrange for an attorney to appear on his behalf. Defendant Virelas has indicated to the Court that he has not been in recent contact with Attorney Collins in regard to his representation in this matter. The Status Conference constitutes a critical stage in the case.

///

///

///

1   On July 19, 2010, the Court continued the status hearing in this matter to August 23,
2  2010, at 9:00 a.m.
3   Accordingly, Attorney Collins is ORDERED to personally appear and to SHOW CAUSE
4  on August 23, 2010, at 9:00 a.m. why he should not be sanctioned for his failure to appear in
5  court on July 19, 2010.
6   Attorney Collins is FURTHER ORDERED to file a response to the Court's Order to
7  Show Cause not later than August 10, 2010.

9  IT IS SO ORDERED.

10  Dated:   July 20, 2010
11                                                 CHIEF UNITED STATES DISTRICT JUDGE

2