```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
JESUS GUTIERREZ VIRELAS
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>JESUS GUTIERREZ VIRELAS,<br><br>　　　　　Defendant. | Case No.: 09-CR-0423 AWI<br><br>STIPULATION FOR CONTINUANCE AND ORDER THEREIN |

　　　IT IS HEREBY STIPULATED between the Defendant JESUS GUTIERREZ VIRELAS, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Elana Landau, that the Status Conference now set for Monday, April 11, 2011 be continued to Monday, April 25, 2011 at 9:00 a.m.

　　　It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

　　　1.　　Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

Page 1

2. Title 18, United States Code, Section 3161(h)(7)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: April 6, 2011

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
JESUS GUTIERREZ VIRELAS

Dated: April 6, 2011

/s/ Elana Landau
Elana Landau,
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED. Good cause having been shown, the Status Conference now set for Monday, April 11, 2011 is vacated and is now scheduled to be held on Monday, April 25, 2011 at 9:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

IT IS SO ORDERED.

Dated:   April 7, 2011

CHIEF UNITED STATES DISTRICT JUDGE